weight of the evidence upon the question of the condition of the plaintiff's heart being due to the accident; (2) that the court erred in charging the jury that there was " no evidence that the placing of a dog or catch on the outside of the door jamb to prevent the door swinging out into the vestibule was impracticable or impossible." All concurred; Kruse, P. J., in result upon second ground stated.

ADAM NEU, Respondent, v. JOHN FLEISHMAN, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented and voted for reversal and a new trial.

ABRAHAM L. YATES, Respondent, v. MITCHELL BUILDERS SUPPLY COMPANY, Appellant, and D. J. NEWSON CONTRACTING COMPANY and Others, Respondents.— Judgment modified so as to provide for the enforcement of the appellant Mitchell Builders Supply Company's lien as a first lien, and as so modified affirmed, with costs to appellant payable out of the fund. Settle order before Mr. Justice Merrell on two days' notice at which time findings to be disapproved and proposed new findings may be submitted. All concurred.

DANIEL W. PECK, Respondent, v. BATHURST LUMBER COMPANY, LTD., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Brandt v. City of New York (99 App. Div. 260). All concurred.

In the Matter of the Probate of the Last Will and Testament of LUISE BURGER, Deceased. WILLIAM MAINE, Executor, etc., Appellant; HENRY J. MAUS and Others, Respondents.— Decree and order reversed, with costs in this court to the appellant and against the contestants, and matter remitted to the Surrogate's Court. Held, that the evidence was insufficient to sustain the verdict. All concurred.

GENEVIEVE BROOKS, Appellant, v. JOHN J. HALLORAN and Others, Respondents.— Judgment affirmed, with costs. Held, that the building in which the accident happened was not a tenement house within the meaning of subdivision 1 of section 2 of the Tenement House Law.* All concurred.

ALFRED FRANK, Appellant, v. B. FRANKLIN NEWCOMB, Individually and as Executor, etc., Respondent.— Judgment affirmed, with costs. All concurred.

ARCHIE E. WHITE, Respondent, v. JOHN L. SHULTZ and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

CHARLES M. GIBBS, Respondent, v. WILL C. YOUNG, Appellant.— Judgment and order affirmed, with costs. All concurred.

LEVI ELSOHN, Respondent, v. JOHN D. CRIMMINS, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of S. FRANK SWARTHOUT, as Executor, etc. FRED T. BUTTERS and Others, Appellants; H. ALLEN WAGENER, Respondent.— Order affirmed, with ten dollars costs and disbursements against the appellants Butters. All concurred.

---

* See Consol. Laws, chap. 61 (Laws of 1909, chap. 99), § 2, subd. 1, as amd. by Laws of 1912, chap. 13.— [REP.